NUMBER 13-06-361-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

IN RE: WILLIAM LONG, SR.

 

 

 

                            On appeal from the130th District Court               
 

                         of Matagorda
County, Texas.

 

 

 

                     MEMORANDUM OPINION

 

          Before Chief Justice Valdez and Justices Castillo
and Garza

Memorandum
Opinion Per Curiam[1]

 








Relator, William Long, Sr. filed a motion for
temporary relief and a petition for writ of mandamus in the above cause on June
26, 2006. The Court,  having examined and
fully considered the motion for temporary relief and petition for writ of
mandamus,  is of the opinion that relator
has not shown himself entitled to the relief sought and the petition for writ
of mandamus should be denied.  See Tex. R. App. P. 52.8(a).  Accordingly, the petition for writ of
mandamus and the motion for temporary relief are  DENIED.           

PER CURIAM

Memorandum Opinion delivered and filed

this 26th day of June, 2006.

 











[1] 
See Tex. R. App. P.47.1.